UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THADDEUS RICHARDSON (#00000016318)     CIVIL ACTION

VERSUS

JOHN DOE, DEPUTY SHERIFF, ET AL.     NO. 13-0545-BAJ-RLB

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on August 21, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THADDEUS RICHARDSON (#00000016318)    CIVIL ACTION

VERSUS

JOHN DOE, DEPUTY SHERIFF, ET AL.    NO. 13-0545-BAJ-RLB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On or about August 19, 2013, the *pro se* plaintiff, a prisoner previously confined at the Livingston Parish Detention Center, Livingston, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Deputy Sheriff "John Doe," the State of Louisiana, and Sheriff Jason Ard, complaining that he was subjected to racial profiling and to one or more wrongful arrests by employees of the Livingston Parish Sheriff's Department. The plaintiff further complained that, after judicial proceedings were conducted in August, 2013, a state court judge ordered the plaintiff's release, but the alleged wrongful confinement continued thereafter. Finally, the plaintiff complained of conditions to which he was subjected at the Livingston Parish Detention Center, which conditions allegedly resulted in the contraction of a painful skin condition and in other physical complications.

On September 6, 2013, Orders were entered in this proceeding (Rec. Docs. 3 and 4), granting the plaintiff's Motion to Proceed *In Forma Pauperis* herein, directing the Clerk of Court to issue summons, directing the United States Marshal's Office to serve the defendants, and generally establishing procedures and deadlines pertinent to the course of future proceedings in this case. The referenced Orders, however, which were forwarded to the plaintiff at his record address, have been returned to the Court as undeliverable, with notations on the returned

envelopes indicating that the plaintiff was no longer confined at the Livingston Parish Detention Center.  *See* Rec. Docs. 6 and 7.

Pursuant to Local Rule 41.2 of this Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address, and no correction has been made to the address for a period of thirty (30) days.  As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.  Accordingly, the Court concludes that the above-captioned proceeding should be dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding by failing to keep the Court apprised of a current address.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, for failure to prosecute.  It is further recommended, in accordance with Local Rule 41.2 of this Court, that the Order of Dismissal advise the plaintiff that, on motion filed within thirty (30) days and upon a showing of good cause, the Court may consider reinstatement of this action on the Court's Docket.

Signed in Baton Rouge, Louisiana, on August 21, 2014.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**