UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS RICHARDSON (#00000016318) | CIVIL ACTION |
| VERSUS | |
| JOHN DOE, DEPUTY SHERIFF, ET AL. | NO.: 13-00545-BAJ-RLB |

## RULING AND ORDER

On August 21, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Thaddeus Richardson's complaint be dismissed without prejudice for failure to prosecute his claims. The Magistrate Judge further recommended that, in accordance with Local Rule 41.2 of this Court, the Order of Dismissal advise Plaintiff that, upon motion filed within thirty (30) days and upon a showing of good cause, the above-captioned proceeding may be reinstated on the Court's docket. (Doc. 8.) On September 6, 2013, the Court granted Plaintiff's motion to proceed in forma pauperis. (Doc. 3.) On the same day, the Court ordered the United States Marshal Service to serve the defendants. The Court also established deadlines for the parties in the case. (Doc. 4.) However, on September 12, 2013, both orders (Docs. 3 and 4) that were sent to Plaintiff at his last known address were returned to the Court as undeliverable. (Docs. 6 and 7.) Plaintiff has not apprised the Court of a new mailing address.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8, at 1.) A review of the record indicates that Plaintiff did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation. The record further indicates that the Report and Recommendation, which was forwarded to Plaintiff at his address of record, was returned to the Court as undeliverable, with a notation on the envelope that indicates "Inmate Not Here." (Doc. 9.)

Pursuant to Local Rule 41.2, the failure of a pro se litigant to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to the Court for the reason of an incorrect address, and no correction has been made to the address for a period of thirty days.

Having carefully considered Plaintiff's complaint, the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHERED ORDERED** that the above-captioned matter is **DISMISSED,** without prejudice, for Plaintiff Thaddeus Richardson's failure to prosecute his claims.

**IT IS FURTHER ORDERED** that, in accordance with Local Rule 41.2, Plaintiff shall have thirty (30) days from this date of this order, and upon showing of good cause, to file a motion seeking to reinstate his claim on the Court's docket.

Baton Rouge, Louisiana, this 29th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**